IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| King Grant-Davis, | ) C.A. #2:15-2676-PMD-MGB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Board of Trustees of Charleston County Public Library; County of Charleston, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

  This matter is before the court upon the magistrate judge's recommendation that defendants' motion to dismiss be granted in part and denied in part. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Rule 73.02(B)(2)(a) and 28 U.S.C. § 636(b)(1)(B).

  This Court is charged with conducting a <u>de novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

  A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that defendants' motion to dismiss is **GRANTED** as to plaintiff's section 1983 claims against the County of Charleston and **DENIED** as to plaintiff's ADA claims against the Board of Trustees of Charleston County Library and the County of Charleston, and plaintiff's section 1983 claims against the Board of Trustees of Charleston County Library.

  **ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

*[Signature]*
PATRICK MICHAEL DUFFY
United States District Judge

April 12, 2016
Charleston, South Carolina

2